# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RANDY HOWARD and,** | * |
| **TRISHA HOWARD,** | * |
| | * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO.: |
| vs. | * |
| | * CV-09-542 |
| **EMC MORTGAGE CORPORATION,** | * |
| | * |
| Defendant. | * |

## **DEFENDANT'S NOTICE OF SERVING INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that on this date counsel for defendant EMC Mortgage Corporation, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, served Defendant's Initial Disclosures in the above-styled action on counsel for the plaintiffs by regular U.S. Mail.

This the  7th  day of December, 2009.

>Attorneys for Defendant,
>EMC Mortgage Corporation:
>
>*/s/ Sandy G. Robinson*
>Sandy G. Robinson

OF COUNSEL:
CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP
700 Riverview Plaza
63 Royal Street
Mobile, Alabama  36602
Telephone:  (251) 415-7308
Facsimile:  (251) 415-7350
E-Mail:     sgr@cabaniss.com

B0190033.1

- 2 -

Michael E. Turner
CABANISS, JOHNSTON, GARDNER,
    DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
E-Mail:     met@cabaniss.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing **DEFENDANT'S NOTICE OF SERVING INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which will send electronic notice of the same to counsel of record for the plaintiffs.

This the  7th  day of December, 2009.

*/s/ Sandy G. Robinson*
OF COUNSEL

- 2 -