**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| RANDY HOWARD and ) <br> TRISHA HOWARD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMC MORTGAGE CORPORATION, ) <br> ) <br> Defendant. ) | CASE NO.: 09-542 |

## MOTION TO DISMISS EMC MORTGAGE CORPORATION
## WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, Darlene Randy Howard and Trisha Howard, and respectfully move the court for the dismissal of Defendant, EMC Mortgage Corporation without prejudice.

Executed as of the 8th day of March, 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Counsel for Plaintiffs
epunderwood@gmail.com
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope AL 36532
251-990-5558 Telephone
251-990-0626 Facsimile

CERTIFICATE OF SERVICE

  I hereby certify that on March 8th 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas H. Benton, Jr.
McFadden, Lyon & Rouse, LLC
718 Downtowner Blvd.
Mobile, AL 36609

Kenneth J. Reimer, Esq.
P.O. Box 1206
Mobile, AL 36633-1206

                /s/ Earl P. Underwood, Jr.
                Earl P. Underwood, Jr.